# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

IKE SHAWNDALE NUNN, ADC #152571                               PLAINTIFF

v.                    No: 2:19-cv-11 DPM

STATE OF ARKANSAS; ARKANSAS
DEPARTMENT OF CORRECTIONS,
East Arkansas Regional Unit; DOE,
Mental Health Contractor                                      DEFENDANTS

## JUDGMENT

Nunn's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2019